Case 1:21-cv-00121-N/A   Document 1   Filed 03/22/21   Page 1 of 2

Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| FUJIFILM MANUFACTURING USA, INC. |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S  21-00121

TO:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port of Entry: | Greenville-Spartanburg, South Carolina - 1603 | Date Protest Filed: | 07/21/2020 |
| Protest Number: | 1603-20-100205 | Date Protest Denied: | 09/23/2020 |
| Importer: | FUJIFILM MANUFACTURING USA, INC. | | |
| Category of Merchandise: | aluminum plates | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 500-3042588-4 | 07/12/2018 | 07/10/2020 | | | |
| 500-3042693-2 | 07/19/2018 | 07/17/2020 | | | |
| 500-3046366-1 | 05/09/2019 | 04/03/2020 | | | |
| 500-3046431-3 | 05/16/2019 | 04/17/2020 | | | |

Port Director,

Greenville-Spartanburg, South Carolina - 1603
United States Customs and Border Protection
150 A West Phillips Road
Greer, SC 29650

Address of Customs Port in
Which Protest was Denied

Patrick D. Gill
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue, Suite 1805-06
New York, New York, NY 10017
212-549-0156
pgill@strtrade.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| aluminum plates | 7606.91.30<br><br>7607.11.60 | 3% + 10%<br><br>5.3% + 10% | 3701.30.00 OR<br>7606.91.30 OR<br>7607.11.60 | Free<br><br>3%<br>5.3% |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Failure to classify the merchandise under heading 3701.30.0000 and, alternatively, the failure to grant exclusion from section 232 duties in the classification under 7606.91.30 and 7607.11.60.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ Patrick D. Gill
Signature of Plaintiff's Attorney

03/22/2021
Date